UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSE A. SOLEDAD, | § § § | |
| *Plaintiff,* | § | |
| v. | § § | EP-17-CV-00276-DCG |
| Kirstjen Nielsen, *Secretary, U.S. Department of Homeland Security,* | § § § | |
| *Defendant.* | § § | |

## ORDER

Presently before the Court is the parties' "Stipulation To Dismiss Claims Without Prejudice" (ECF No. 8) filed pursuant to Federal Rule of Civil Procedure 41 (a).

Accordingly, **IT IS ORDERED** that all claims in the above action be and hereby are **DISMISSED WITHOUT PREJUDICE** and without costs. All parties shall pay their own costs and fees.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT** and that the District Clerk **SHALL CLOSE** this case.

So ORDERED and SIGNED this 20th day of December 2017.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE